IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

                Plaintiff,

                                                    05-cr-39-bbc

    v.

ROBERT G. SMITH,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Robert G. Smith has filed an unsolicited reply to the government's brief in opposition to his motion to voluntary surrender into federal custody after serving the remainder of his state sentence. Because the court entered an order denying defendant's motion on February 1, 2016, I will construe defendant's reply as a motion for reconsideration of the court's order. Nothing in defendant's motion convinces me that it was error to deny his motion for lack of jurisdiction.

ORDER

      IT IS ORDERED that defendant's motion for reconsideration of the court's February

1

1, 2016 order is DENIED.

Entered this 4th day of February, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge